To the Clerk of the Court,                                     1-10-23

My name is Nicholas Rigato and my case # is 20-cv-02788-WJM-KLM. I would like to inform the court of an update in my mailing information.

My new address is:

Nicholas Rigato #162357
BVCF
PO Box 2017
Buena Vista, CO 81211

Nicholas Rigato
#162357

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2023
JEFFREY P. COLWELL
CLERK

