THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. 20-CV-02788-WJM-KLM

Plaintiff, NICHOLAS RIGATO

v.

JOSHUA COMPTON
SUSAN TURNER
GARY BENAVIDZ

Defendant.

## Motion to Dissmiss Voluntainly

I am the plaintiff, and at this time, I, Nicholas Rigato, do not believe I can further pursue these claims due to unforseen circumstances.

As the plaintiff I wish to voluntainly dissmis this case, and claims, and defendants.

Respectfully submitted this 22nd day of January, 2023

Nicholas Rigato #162357

DENVER CO 802

23 JAN 2023
Restricted Inspection
Mail

Colorado Department Of Corrections
Name Nicholas Rigatto
Register Number 162357
Unit W
Box Number 2000
City, State, Zip Canon City, CO 81201

US COURT DISTRICT OF COLORADO
901 19TH STREET
Denver, CO
80234

COURT FILING STAMP
FACILITY BVCC
STAFF LAST NAME Silber
DOC# 162357
OFFENDER LAST NAME Rigatto
DATE REC'D 1-22-23
ID# 18143